CC: TO JUDGE ____PM____

The Honorable John C Coughenour

___✓___FILED    _____ENTERED
_____LODGED    _____RECEIVED

OCT 08 2002    PM

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANE CHANCE, NANCY DONALDSON, ARCHIBALD FILSHILL, MATT JAMPOLE, JUDY PHAM, SCOTT WERBER, and CHRISTOPHER BOWLES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AVENUE A, INC.,<br><br>Defendant | Case No. C00-1964 C<br><br>PLAINTIFFS' AND DEFENDANT'S JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF FORM AND MANNER OF NOTICE<br><br>NOTE ON MOTION CALENDAR:<br>Tuesday, October 8, 2002 |

CV 00-01964  #00000062

# FILED UNDER SEAL

## ORIGINAL

JOINT MOTION FOR
PRELIMINARY APPROVAL

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208TH AVENUE SE
SAMMAMISH, WASHINGTON 98074-7033
Tel (425) 868-7813  •  Fax (425) 868-7870

62