```
    FILED ___ ENTERED
____ LODGED ___ RECEIVED

    OCT 0 8 2002

       AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                      DEPUTY
```

The Honorable John C. Coughenour

```
___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

    OCT 1 8 2002

        AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                      DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANE CHANCE, NANCY DONALDSON, ARCHIBALD FILSHILL, MATT JAMPOLE, JUDY PHAM, SCOTT WERBER, and CHRISTOPHER BOWLES, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> AVENUE A, INC., <br><br> Defendant. | Case No. C00-1964 C <br><br> [Proposed] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVING FORM AND MANNER OF NOTICE <br><br> NOTE ON MOTION CALENDAR: Tuesday, October 8, 2002 |

WHEREAS this Court has considered the parties' Settlement Agreement signed as of September 26, 2002 (the "Agreement") and papers submitted therewith, which together set forth the terms and conditions for a proposed settlement (the "Settlement") of this action and dismissal and release of all claims asserted herein and in two analogous cases against defendant Avenue A, Inc. ("Avenue A") titled *Garcia v. Avenue A, Inc.*, No. RCV058277 (Superior Court of California, County of San Bernardino) and *Lopez v. Avenue A, Inc.*, No.

PRELIMINARY APPROVAL ORDER - 1 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208TH AVENUE SE
SAMMAMISH, WASHINGTON 98074-7033
Tel (425) 868-7813 • Fax (425) 868-7870

2001-02-752-G (District Court of Cameron County, 404th Judicial District, State of Texas) (the three cases collectively are referred to herein as the "Litigation"); and

WHEREAS the Court has considered the parties' Joint Motion for Preliminary Approval of Settlement and Approval of Form and Manner of Notice, the memorandum in support thereof, and the papers submitted therewith (the "Joint Motion"), together with all other relevant pleadings and papers on file herein, and finds and concludes that the Joint Motion has merit;

NOW THEREFORE, IT IS HEREBY **ORDERED**:

1.  The Settlement set forth in the Agreement is preliminarily approved, subject to further consideration at the Settlement Hearing described below.

2.  For purposes of this Settlement only, and pursuant to Federal Rule of Civil Procedure 23(b)(3), the following class ("Settlement Class") is provisionally certified:

> All Persons in the United States who, through and including the date of this Order, have had any information about their computers or about them gathered by Avenue A as a result of their Internet activity or who have had one or more Avenue A Cookies placed upon any computer or browser that they own or have utilized.

This provisional class certification shall automatically terminate and be void should the Settlement not be finally approved for any reason, should final approval be reversed on appeal, or should the Settlement otherwise fail to become effective. The certification shall not constitute or be construed as an admission on the part of Avenue A that this action is appropriate for class action treatment for litigation purposes.

PRELIMINARY APPROVAL ORDER         - 2 -

3. The Court specifically finds that the requirements of Rule 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure are satisfied with respect to the Settlement Class for the reasons given in the Joint Motion.

4. The representatives of the Settlement Class shall be the plaintiffs herein ("Class Representatives"). Counsel for the Settlement Class shall be plaintiffs' counsel herein. The following plaintiffs' counsel are appointed as plaintiffs' Co-Lead Settlement Counsel for all proceedings relating to the Settlement:

| | |
|---|---|
| Bernstein Litowitz Berger & Grossmann LLP<br>Seth R. Lesser<br>1285 Avenue of the Americas<br>New York, New York 10019 | Milberg Weiss Bershad Hynes & Lerach LLP<br>William J. Doyle II<br>600 West Broadway, Suite 1800<br>San Diego, California 92101 |
| Law Offices of Clifford A. Cantor, P.C.<br>Clifford A. Cantor<br>627 208th Ave. SE<br>Sammamish, Washington 98074 | Wolf Haldenstein Adler Freeman & Herz LLP<br>Adam J. Levitt<br>656 West Randolph Street, Suite 500W<br>Chicago, Illinois 60661 |

5. The Court has carefully reviewed the Settlement and finds that it provides substantial relief to the Settlement Class without the risk, cost, or delay associated with continued litigation, appeal, and/or trial. The Court preliminarily approves the Settlement as fair, adequate, and reasonable to the Settlement Class under the circumstances.

6. The Court will hold a hearing (the "Settlement Hearing") on  March 6 , 200̶2̶ 3 at 9 a.m./p.m. [recommendation to Court: sixteen weeks after entry of this Order] in Courtroom ___ of the William Kenzo Nakamura United States Courthouse, 1010 Fifth Avenue, Seattle, Washington to determine whether the Court should

PRELIMINARY APPROVAL ORDER — - 3 -

1  (a) approve the Settlement set forth in the Agreement as fair, reasonable, and adequate to the
2  Settlement Class; (b) enter a Final Order and Judgment approving the Settlement and
3  dismissing this action, as described in Section I(12) of the Agreement; and (c) approve the
4  amount of fees and expenses that should be paid to plaintiffs' counsel.  The Court may
5  continue or adjourn the Settlement Hearing without further notice to the Settlement Class.

6  7.  The Court hereby directs Avenue A to give notice to the Settlement Class of the
7  pendency of this action, the terms of the Agreement, the procedure for exercising the opt-out
8  right, and the procedure for filing written objections and appearing at the Settlement Hearing
9  as set forth in the Agreement.  The Court approves, as to form and content, the Notice of
10 Pendency and Proposed Settlement of Class Action ("Notice") and the Summary Notice
11 attached to this Order as Exhibits 1 and 2.  The Court finds that the distribution of the Notice
12 and the publishing of the Summary Notice in the manner set forth in Section VII of the
13 Agreement meet the requirements of Federal Rule of Civil Procedure 23 and due process, are
14 the best notice practicable under the circumstances, and shall constitute due and sufficient
15 notice to all persons entitled thereto.  The Court approves the Notice and the Summary Notice
16 for dissemination.  The notice specified in this paragraph shall be completed by
17 _December 17_, 2002, which is sixty (60) days after entry of this Order.

18 8.  Any member of the Settlement Class may be excluded from the Settlement Class
19 if that person elects exclusion within the time set forth below. Members of the Settlement
20 Class who wish to be excluded from the Settlement Class must expressly state in writing:

PRELIMINARY APPROVAL ORDER — - 4 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208TH AVENUE SE
SAMMAMISH, WASHINGTON 98074-7033
Tel (425) 868-7813 • Fax (425) 868-7870

1  (a) the name, address, and telephone number of the person requesting exclusion, (b) the name

2  of this case, and (c) a statement that the person does not want to participate in the Settlement.

3  Such requests for exclusion must be mailed, postmarked no later than ___January 17___,

4  200̶2̶ 3 **[recommendation to Court: 30 days after deadline for giving notice]**, to the address

5  provided in the Notice. All requests for exclusion must be signed by or on behalf of the

6  person requesting exclusion.

7      9.    Any member of the Settlement Class who does not, in connection with the

8  Notice, file a valid, complete, and timely request for exclusion shall be considered part of the

9  Settlement Class and be bound by the Final Order and Judgment and by the Agreement and its

10  terms, if it is finally approved.

11      10.    Any member of the Settlement Class may appear and show cause, if the member

12  has any, why the proposed Settlement should or should not be approved as fair, adequate, and

13  reasonable; why a judgment should or should not be entered thereon; or why attorneys' fees

14  and expenses should or should not be awarded to plaintiffs' counsel. Objections by any

15  Settlement Class member shall be heard and any papers submitted in support of said objections

16  shall be considered by the Court at the Settlement Hearing only if, on or before

17  ___January 17___, 200̶2̶ 3 **[recommendation to Court: 30 days after deadline for giving**

18  **notice]** such Settlement Class member files with the Court documents stating the basis for the

19  objection and serves copies of the foregoing papers and all other papers in support of objection

20  upon counsel for the parties, as directed in the Notice. If any member of the Settlement Class

21

PRELIMINARY APPROVAL ORDER      - 5 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208TH AVENUE SE
SAMMAMISH, WASHINGTON 98074-7033
Tel (425) 868-7813 • Fax (425) 868-7870

1 who files an objection seeks to be heard orally at the hearing, the objector should so state in
2 the written objection.

3      11.   On or before _February 27_, 200_3_ [recommendation to Court: one week
4 **prior to the Settlement Hearing**], the parties shall file all papers in support of the Settlement
5 with the Court and shall serve copies of such papers upon each other. By the same date,
6 plaintiffs' Co-Lead Settlement Counsel shall likewise file and serve all papers in support of
7 the application for payment of attorneys' fees and reimbursement of expenses.

8      12.   If not included in the papers referenced in the previous paragraph, on or before
9 _February 27_, 200_3_ [**recommendation to Court: one week prior to Settlement
10 Hearing**], plaintiffs and defendant, jointly or separately, may, but are not required to, file
11 papers specifically addressing any or all objections. Any such filings addressing one or more
12 particular objections shall be served on the objector or the objector's counsel by fax or express
13 delivery.

14     13.   Pending final determination of whether the proposed Settlement should be
15 approved, no Settlement Class member directly, derivatively, in a representative capacity, or in
16 any other capacity, shall commence, maintain or prosecute against Avenue A any action or
17 proceeding in any court or tribunal asserting any of the Released Claims, including unknown
18 claims.

19     14.   Counsel are hereby authorized to utilize all reasonable procedures in connection
20 with approval and administration of the Settlement that are not materially inconsistent with

21

PRELIMINARY APPROVAL ORDER               - 6 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208TH AVENUE SE
SAMMAMISH, WASHINGTON 98074-7033
Tel (425) 868-7813  •  Fax (425) 868-7870

1   this Order or the Agreement including, without further approval of the Court, making minor

2   changes to the content of the Notice that they jointly deem reasonable or necessary.

3       15.    If the proposed Settlement is not finally approved, or otherwise is terminated in

4   accordance with the terms of the Agreement, the Agreement shall have no force or effect.

5   Furthermore, in such an event, all negotiations, proceedings, and statements made in

6   connection with the Settlement and the settlement approval process shall be deemed

7   inadmissible in any further proceedings, and the parties to this litigation shall be restored to

8   their respective positions prior to the entry of this Order.

9       16.    The following is a summary of the schedule for settlement proceedings:

| Event | Recommended Timing | Date |
|---|---|---|
| Deadline for completion of notice (*supra* ¶ 6) | 60 days after date of this Order | December 17, 2002 |
| Deadline for requesting exclusion (*supra* ¶ 11) | 30 days after deadline for completion of notice | January 17, 2003 |
| Deadline for filing objections (supra ¶ 13) | 30 days after deadline for completion of notice | January 17, 2003 |
| Submit papers in support of Settlement (*supra* ¶ 14) | 1 week prior to Settlement Hearing | February 27, 2003 |
| File responses to objections (*supra* ¶ 15) | 1 week prior to Settlement Hearing | February 27, 2003 |
| **Settlement Hearing** | At Court's convenience, approximately 16 weeks after date of this Order | March 6, 2003 at 9:00 (a.m.)/p.m. |

DATED: 10/17, 2002

_____
THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

PRELIMINARY APPROVAL ORDER      - 7 -

Presented by:

*Attorneys for Plaintiffs:*

LAW OFFICES OF CLIFFORD A. CANTOR, P.C.

By: _____
Clifford A. Cantor, WSBA #17893
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813
Fax: (425) 868-7870

Seth R. Lesser
Andrew M. Gschwind
BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
1285 Avenue of the Americas, 33rd Floor
New York, NY 10019
Tel: (212) 554-1400
Fax: (212) 554-1444

Dennis Stewart
William J. Doyle II
MILBERG WEISS BERSHAD HYNES
    & LERACH LLP
401 B Street, Suite 1700
San Diego, CA 92101
Tel: (619) 231-1058
Fax: (619) 231-7423

Lori G. Feldman (WSBA # 29096)
MILBERG WEISS BERSHAD HYNES
    & LERACH LLP
1001 Fourth Ave., Suite 2550
Seattle, WA 98154
Tel: (206) 839-0730
Fax: (206) 839-0728

*Attorneys for Defendant:*

PERKINS COIE L.L.P.

By: _____
David J. Burman, WSBA #10611
Elizabeth A. Alaniz, WSBA #21096
Nicholas P. Gellert, WSBA #18041
1201 Third Ave., Suite 4800
Seattle, WA 98101-3099
Tel: (206) 583-8888
Fax: (206) 583-8500

PRELIMINARY APPROVAL ORDER — - 8 -

1  Adam J. Levitt
   WOLF HALDENSTEIN ADLER
2       FREEMAN & HERZ LLC
   656 West Randolph Street, Suite 500W
3  Chicago, IL  60661
   Tel: (312) 466-9200
4  Fax: (312) 466-9292

5  Daniel W. Krasner
   David A.P. Brower
6  WOLF HALDENSTEIN ADLER
       FREEMAN & HERZ LLP
7  270 Madison Ave., Suite 900
   New York, NY  10016
8  Tel: (212) 545-4600
   Fax: (212) 686-0114
9
   Steven E. Cauley
10 CAULEY & GELLER LLP
   11311 Arcade Dr., Suite 201
11 Little Rock, AS  72212
   Tel: (501) 312-8500
12 Fax: (501) 312-8505

13 Brian J. Robbins
   ROBBINS UMEDA & FINK, LLP
14 1010 Second Ave., Suite 2360
   San Diego, CA 92101
15 San Diego, CA  92101
   Tel: (619) 525-3990
16 Fax: (619) 525-3991

17 Bryan L. Clobes
   MILLER FAUCHER AND CAFFERTY LLP
18 30 South 15th Street, Suite 2500
   Philadelphia, PA  19102
19 Tel: (215) 864-2800
   Fax: (215) 864-2810
20
   Marvin A. Miller
21
   PRELIMINARY APPROVAL ORDER          - 9 -

Lori A. Fanning
MILLER FAUCHER AND CAFFERTY LLP
30 North LaSalle Street, Suite 3200
Chicago, IL  60602
Tel:  (312) 782-4880
Fax: (312) 782-4485

Daniel Harris
LAW OFFICES OF DANIEL HARRIS
150 North Wacker Drive, Suite 3000
Chicago, IL  60606
Tel: (312) 960-1802
Fax: (312) 960-1936

Shannon P. Keniry
FINKELSTEIN, THOMPSON & LOUGHRAN
1055 Thomas Jefferson St. NW, Suite 601
Washington, DC  20007
Tel:  (202) 337-8000
Fax:  (202) 337-8090

Louis Gottlieb
GOODKIND LABATON RUDOFF
     & SUCHAROW LLP
100 Park Avenue
New York, NY  10017
Tel:  (212) 907-0700
Fax: (212) 818-0477

PRELIMINARY APPROVAL ORDER    - 10 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208TH AVENUE SE
SAMMAMISH, WASHINGTON 98074-7033
Tel (425) 868-7813 • Fax (425) 868-7870