CC TO JUDGE

1

THE HONORABLE JOHN C. COUGHENOUR

2

3  FILED
LODGED
RECEIVED 

4

5 **FEB 27 2003**

6 AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

7

8 UNITED STATES DISTRICT COURT

9 WESTERN DISTRICT OF WASHINGTON

10 AT SEATTLE

11

12

13 DANE CHANCE, NANCY DONALDSON, ) No. C00-1964 C
ARCHIBALD FILSHILL, MATT JAMPOLE, )

14 JUDY PHAM, SCOTT WERBER, and ) PLAINTIFFS' MOTION FOR FINAL
CHRISTOPHER BOWLES, Individually and on ) APPROVAL OF SETTLEMENT
Behalf of All Others Similarly Situated, )

15 ) NOTE ON MOTION CALENDAR:
) Thursday, March 6, 2003 at 9:00 a.m.

16 Plaintiffs, )
) ORAL ARGUMENT REQUESTED

17 vs. )
)

18 AVENUE A, INC., )
)

19 Defendant. )
_____ )

20

21

22

23

24

25

26

CV 00-01964 #00000071

Milberg Weiss Bershad Hynes & Lerach LLP
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619/231-1058 • Fax: 619/231-7423

1       Plaintiffs hereby respectfully move for entry of a judgment approving the settlement

2   encompassed in the Settlement Agreement and Release signed as of September 26, 2002 and filed

3   with this Court [Docket No. 62].  Plaintiffs' motion is based upon and supported by the above-

4   referenced Settlement Agreement, the accompanying Memorandum of Points and Authorities in

5   Support of Final Approval of Settlement, the Declaration of Clifford A. Cantor in Support of Final

6   Approval of Settlement and Approval of Application for Fees and Expenses, all other pleadings and

7   matters of record, and such additional evidence as may be presented at the hearing on plaintiffs'

8   motion.

9   DATED:  February 25, 2003          Respectfully submitted,

10                      LAW OFFICES OF CLIFFORD A. CANTOR
    CLIFFORD A. CANTOR
11                      627 - 208th Avenue, S.E.
    Sammamish, WA  98074
12                      Telephone:  425/868-7813
    425/868-7870 (fax)
13

14                      MILBERG WEISS BERSHAD
      HYNES & LERACH LLP
15                      JOY ANN BULL
    WILLIAM J. DOYLE II

16

17

18                      WILLIAM J. DOYLE II

19                      401 B Street, Suite 1700
    San Diego, CA  92101
20                      Telephone:  619/231-1058
    619/231-7423 (fax)

21                      MILBERG WEISS BERSHAD
22                        HYNES & LERACH LLP
    LORI G. FELDMAN (WSBA 29096)
23                      1001 Fourth Avenue, Suite 2550
    Seattle, WA  98154
24                      Telephone:  206/839-0730
    206/839-0728 (fax)

25

26

PLAINTIFFS'  MOTION  FOR  FINAL   - 1 -
APPROVAL OF SETTLEMENT (C00-1964 C)

Milberg Weiss Bershad Hynes & Lerach LLP
401 B Street, Suite 1700
San Diego, CA  92101
Telephone: 619/231-1058 • Fax: 619/231-7423

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
ANDREW M. GSCHWIND
1285 Avenue of the Americas, 33rd Floor
New York, NY  10019
Telephone:  212/554-1400
212/554-1444 (fax)

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ, LLC
ADAM J. LEVITT
656 West Randolph Street, Suite 500W
Chicago, IL  60661
Telephone:  312/466-9200
312/466-9292 (fax)

Plaintiffs' Co-Lead Settlement Counsel

G:\Cases-SD\AvenueA.set\SLH81869.mtn

PLAINTIFFS'  MOTION  FOR  FINAL      - 2 -
APPROVAL OF SETTLEMENT (C00-1964 C)

Milberg Weiss Bershad Hynes & Lerach LLP
401 B Street, Suite 1700
San Diego, CA  92101
Telephone: 619/231-1058 • Fax: 619/231-7423

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1.     That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 401 B Street, Suite 1700, San Diego, California 92101.

2.     That on February 26, 2003, declarant served PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3.     That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 26th day of February, 2003, at San Diego, California.

SUSAN L. HAMILTON

PLAINTIFFS' MOTION FOR FINAL
APPROVAL OF SETTLEMENT (C00-1964 C)

Milberg Weiss Bershad Hynes & Lerach LLP
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619/231-1058 • Fax: 619/231-7423

AVENUE A (SETTLEMENT)
Service List - 2/24/2003   (200-383S)
Page 1 of 2

**Counsel For Defendant(s)**

David J. Burman       *
Andrea L. Blander
Barry M. Kaplan
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
  206/583-8888
  206/583-8500 (Fax)


**Counsel For Plaintiff(s)**

Seth R. Lesser       *
Andrew M. Gschwind
Bernstein Litowitz Berger & Grossmann LLP
1285 Ave of the Americas, 33rd Fl.
New York, NY  10019
  212/554-1400
  212/554-1444 (Fax)

Steven E. Cauley
Cauley Geller Bowman Coates & Rudman, LLP
P.O. Box 25438
Little Rock, AR  72221-5438
  501/312-8500
  501/312-8505 (Fax)

Shannon P. Keniry
Finkelstein, Thompson & Loughran
1050 30th Street, N.W.
Washington, DC  20007
  202/337-8000
  202/337-8090 (Fax)

Louis  Gottlieb
Goodkind Labaton Rudoff & Sucharow, LLP
100 Park Avenue, 12th Floor
New York, NY  10017-5563
  212/907-0700
  212/818-0477 (Fax)

Clifford A. Cantor       *
Law Offices of Clifford A. Cantor, P.C.
627-208th Avenue, S.E.
Sammamish, WA  98074
  425/868-7813
  425/868-7870 (Fax)

Daniel M. Harris
Law Offices of Daniel Harris
150 North Wacker Drive, Suite 3025
Chicago, IL  60606
  312/960-1802
  312/960-1804 (Fax)

AVENUE A (SETTLEMENT)

Service List - 2/24/2003    (200-383S)

Page 2 of 2

John J. Stoia, Jr.
William J. Doyle II
Christopher M. Burke
Milberg Weiss Bershad Hynes & Lerach LLP
401 B Street, Suite 1700
San Diego, CA  92101-5050
   619/231-1058
   619/231-7423 (Fax)


Marvin A. Miller
Lori A. Fanning
Miller Faucher And Cafferty LLP
30 N. LaSalle Street, Suite 3200
Chicago, IL  60602
   312/782-4880
   312/782-4485 (Fax)


Adam J. Levitt          *
Wolf Haldenstein Adler Freeman & Herz, LLC
656 West Randolph Street, Suite 500W
Chicago, IL  60661
   312/466-9200
   312/466-9292 (Fax)

Lori G. Feldman
Milberg Weiss Bershad Hynes & Lerach LLP
1001 Fourth Avenue, Suite 2550
Seattle, WA  98154
   206/839-0730
   206/839-0728 (Fax)


Brian J. Robbins
Robbins Umeda & Fink, LLP
1010 Second Avenue, Suite 2360
San Diego, CA  92101
   619/525-3990
   619/525-3991 (Fax)


   *   Denotes Service via Federal Express